(January 14, 1938.)

ADRIAN BEHLING, JR., by ADRIAN BEHLING, His Guardian ad Litem, Appellant, v. THOMAS F. FRESTON and JANE ELIZABETH FRESTON, Respondents. ADRIAN BEHLING, Appellant, v. THOMAS F. FRESTON and JANE ELIZABETH FRESTON, Respondents.— Action to recover damages for injuries to the infant plaintiff as a result of having been struck by the automobile of one of the defendants, and by his father to recover for medical expenses and loss of services. Judgment in favor of defendants unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

RACHEL BIGOLET and LOUIS BIGOLET, Respondents, v. HENRY C. MEYER, Defendant, and CORNELIUS A. BRADY, Appellant.— In an automobile collision involving three cars on a comparatively narrow road, liability for negligence was fixed on defendant Brady by the trial justice, sitting without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

HOWARD B. BISHOP, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Action on a policy of life insurance. Order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment in favor of the plaintiff for $102.40 and interest, and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.